# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER; AND/OBO MINOR
WIESNER,

Appellants,

vs.

ADAM P. LAXALT,

Respondent.

No. 70280

**FILED**

MAY 2 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellants' peremptory disqualifications of all the justices of the peace of Carson City Township. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No appeal lies from an order denying a peremptory challenge to a judge or justice. *Cf. State Engineer v. Truckee-Carson Irrig.*, 116 Nev. 1024, 1028-29, 13 P.3d 395, 398 (2000) (recognizing that a petition for extraordinary relief is the appropriate method of challenging a district court order granting or failing to grant a peremptory challenge to change

16-15995

the judge assigned to the case).  We conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons


cc:    Hon. James Todd Russell, District Judge
       DeAnn Justine Wiesner
       Attorney General/Carson City
       Carson City Clerk